# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| RCN CAPITAL, LLC, | : | |
| Plaintiff, | : | No. 4:17-CV-01240-JCH |
| | : | |
| v. | : | |
| | : | |
| THE LOS ANGELES RAMS, LLC, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that RCN Capital, LLC appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 27th day of June, 2018.

Date: July 26, 2018

Respectfully submitted,

LAW OFFICES OF JASON L. MCCOY, LLC

_____
Jason L. McCoy, #416288CT
280 Talcottville Road, 2nd Floor
Vernon, Connecticut 06066
Tel: (860) 872-7741
Fax: (860) 979-0064
fedct@ctlawyer.biz
*Attorney for Plaintiff RCN Capital, LLC*

1

## CERTIFICATE OF SERVICE

I certify that on July 26th 2018, the foregoing document was served upon counsel of record via the Court's electronic filing system.

_____
Jason L. McCoy