# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-2630
_____

RCN Capital, LLC

Plaintiff - Appellant

v.

Los Angeles Rams, LLC, formerly known as St. Louis Rams, LLC; Rams Football Company, formerly known as Los Angeles Rams Football Company, Inc.; National Football League, Inc.; NFL Enterprises, LLC; St. Louis Rams Partnership; KSE Football, LLC; ITB Football Co, L.L.C.; Roger Goodell

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-01240-JCH)

------

## JUDGMENT

Appellant has not responded to the court's order entered September 27, 2018. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

October 12, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 12, 2018

Mr. Jason L. McCoy
LAW OFFICE OF JASON L. MCCOY
Second Floor
280 Talcottville Road
Vernon, CT  06066

RE:  18-2630  RCN Capital, LLC v. Los Angeles Rams, LLC, et al

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

                      Michael E. Gans
                      Clerk of Court

LMT

Enclosure(s)

cc:  Ms. Elizabeth Ferrick
     Mr. Roger K Heidenreich
     Mr. Gregory J. Linhares

    District Court/Agency Case Number(s):   4:17-cv-01240-JCH