# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2630

RCN Capital, LLC

Appellant

v.

Los Angeles Rams, LLC, formerly known as St. Louis Rams, LLC, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-01240-JCH)
_____

**MANDATE**

In accordance with the judgment of 10/12/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 12, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit